

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00119-CR

Timothy Cantu **DEL RIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5483
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was due June 3, 2022 but was not filed. On June 13, 2022, the court reporter, Mary Beth Sasala, filed a notification of late record stating her other duties and activities precluded her from working on the record. *See* TEX. R. APP. P. 35.3(b). Ms. Sasala requested an extension until June 27, 2022. This court granted the extension.

The reporter's record has not been filed, and the court reporter has not requested an additional extension. We **order Mary Beth Sasala** to file the record by July 18, 2022. Ms. Sasala is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P.35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.



MICHAEL A. CRUZ, Clerk of Court